JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JONES,<br><br>    Plaintiff,<br><br>    v.<br><br>KAR AUCTION SERVICES, INC.;<br>AUTOVIN, INC., an Indiana<br>   corporation; and<br>DOES 1-50,<br><br>    Defendants. | Case No. 8:23-cv-00739-JWH-JDE<br><br>**JUDGMENT** |

Pursuant to the Scheduling Notice and Order [ECF No. 24] entered on or about October 11, 2023, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This action, including all claims asserted herein, is **DISMISSED**.
2. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: January 24, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE